AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST    DISTRICT OF    MASSACHUSETTS

UNITED STATES

v.

WALTER T. MAY

**APPEARANCE**

Case Number:   05-

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

_____
Date

_____
Signature

Ariane D. Vuono            545766
Print Name                 Bar Number

1550 Main Street, Room 310
Address

Springfield        MA      01030
City               State   Zip Code

413-785-0330       413-785-0394
Phone Number               Fax Number