UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES<br><br>v.<br><br>WALTER T. MAY,<br>    Defendant. | CRIMINAL NO. 05- 30023<br><br>VIOLATIONS:<br><br>18 U.S.C. § 2422(a): Use of a Means of Interstate Commerce to Persuade a Minor to Engage in a Sexual Act<br><br>18 U.S.C. § 2423(b): Travel with Intent to Engage in Sexual Act with A Juvenile<br><br>18 U.S.C. §2253(a): Criminal Forfeiture |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 2422(a)-- Use of a Means of Interstate Commerce to Persuade a Minor to Engage in a Sexual Act)

From on or May, 2002, to on or about May, 2004, in Longmeadow, Massachusetts and elsewhere in the District of Massachusetts

WALTER T. MAY,

defendant herein, did use a facility and means of interstate commerce, to wit: a computer and modem accessing "Yahoo.com," to attempt to knowingly persuade, induce, entice, and coerce a person under 18 years of age to engage in a sexual act for which any person may be criminally prosecuted.

All in violation of Title 18, United States Code, Section 2422(a).

<u>COUNT TWO</u>:   (18 U.S.C. § 2423(b)--Travel with Intent to
Engage in Sexual Act with a Juvenile)

On or about November, 2002, through on or about January, 2003, in Longmeadow, Massachusetts, and elsewhere in the District of Massachusetts and in Colombo, Sri Lanka,

WALTER T. MAY,

defendant herein, knowingly traveled in foreign commerce for the purpose of engaging in illicit sexual conduct as defined in Title 18 U.S.C. Section 2423(f) with a person under 18 years of age that would be a violation of chapter 109A, specifically, sexual abuse of a minor in violation of Title 18 U.S.C. § 2243(b).

<u>COUNT THREE</u>:   (18 U.S.C. § 2423(b)--Travel with Intent to
                    Engage in Sexual Act with a Juvenile)

On or about April, 2004, in Longmeadow, Massachusetts, and elsewhere in the District of Massachusetts and in Colombo, Sri Lanka,

WALTER T. MAY,

defendant herein, knowingly traveled in foreign commerce for the purpose of engaging in illicit sexual conduct as defined in Title 18 U.S.C. Section 2423(f) with a person under 18 years of age that would be a violation of chapter 109A, specifically, sexual abuse of a minor in violation of Title 18 U.S.C. 2243(b).

FORFEITURE ALLEGATIONS

**18 U.S.C. § 2253(a) -- Criminal Forfeiture**

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant WALTER T. MAY shall forfeit to the United States any and all property used or intended to be used in any manner or part to commit and to promote the commission of the violation set forth in Count One, including the computer system and related items that were seized by law enforcement officials from his residence on May 4, 2004.

All pursuant to Title 18, United States Code, Section 2253(a).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Ariane D. Vuono
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on April 28, 2005.

1:05 p.m.
_____
Deputy Clerk

5