# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No.: **03-30023**

UNITED STATES OF AMERICA

V.

WALTER T. MAY,        **Defendant**

### *APPEARANCE OF COUNSEL*

Enter my appearance for the Defendant for all purposes in the above numbered indictment.

/s/ Terrence M. Dunphy
Terrence M. Dunphy, Esquire
Fallon, Sullivan, Dunphy & Mulvaney
115 State Street, Suite 500
Springfield, Massachusetts 01103
PHONE: 1-413-732-0346
FAX: 1-413-736-8610
BBO# 138760
DATE: JULY 30, 2005