AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

**v.**                                                        **APPEARANCE**

WALTER MAY

Case Number:   CR-05-30023-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/2006 | /s/ Thomas J. O'Connor, Jr. |
| Date | Signature |
| | Thomas J. O'Connor, Jr.          640433 |
| | Print Name                              Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield          MA    01103 |
| | City                 State   Zip Code |
| | 413-785-0395         413-785-0394 |
| | Phone Number                      Fax Number |