**FILED**

AO 94 (Rev. 8/97) Commitment to Another District

## UNITED STATES DISTRICT COURT

JUN 1 2 2006

### Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Walter T. May | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N.D. Cal. | 05-30023 D. Mass. | 3-06-70364 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment      ☐ Information      ☐ Complaint      ☐ Other (specify)

charging a violation of                    U.S.C. §

**DISTRICT OF OFFENSE**      D. Mass.

**DESCRIPTION OF CHARGES:**

Travel to have sex with minor

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 6/13/06

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☒ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 6-12-06 | | MARIA-ELENA JAMES |
|---|---|---|
| Date | United States Judge or Magistrate Judge | |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

| DOCUMENTS UNDER SEAL ☐ | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Brenda Tolbert | | REPORTER/FTR 9:44 - 9:49 | |
| MAGISTRATE JUDGE HON. MARIA-ELENA JAMES | DATE June 12, 2006 | | NEW CASE ☐ | CASE NUMBER 3-06-70364 MEJ |

**APPEARANCES**

| DEFENDANT WALTER MAY | AGE 62 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Geoff Hanson, special | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kristin Ault | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jill Brenney | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)**

| ☒ INITIAL APPEAR time 6 min | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAINMENT time | ☐ BOND SIGNING time | ☐ IA PET TO REV PRB time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ REMOVALHRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

JUN 1 2 2006

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  MASSACHUSETTS

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Court found deft to be a danger. Deft waived ID Hearing, Waived Findings. Defendant ORDERED to Massuchusetts Forthwith.

BT/PTS/MARSHALS

1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

MARK L. KROTOSKI (CSBN 138549)
3 | Chief, Criminal Division

4 | KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200

7

Attorneys for the United States

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,          )   CRIMINAL NO.  3 06 70364
                                        )
13 |        Plaintiff,                   )
                                        )   NOTICE OF PROCEEDINGS ON
14 |    v.                               )   OUT-OF-DISTRICT CRIMINAL
                                        )   CHARGES PURSUANT TO RULES
15 | WALTER T. MAY                       )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                        )   OF CRIMINAL PROCEDURE
16 |        Defendant.                   )
                                        )
17 | _____    )

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19   Procedure that on June 10, 2006, the above-named defendant was arrested  based upon an arrest

20   warrant (copy attached) issued upon an

21      X   Indictment

22      ☐   Information

23      ☐   Criminal Complaint

24      ☐   Other (describe) _____

25   pending in the District of Massachusetts, Case Number 05-30023.

26   / / /

27   / / /

28   / / /

1

1    In that case, the defendant is charged with a violations of Title 18, United States Code,

2    Sections 2422(a) and 2423(b).

3    Description of Charges: 18 U.S.C. § 2422(b) — Use of a Means of Interstate Commerce to

4    Persuade a Minor to Engage in a Sexual Act; 18 U.S.C. § 2423(b) — Travel with Intent to

5    Engage in Sexual Act with a Juvenile.

6

7                                                    Respectfully Submitted,

8                                                    KEVIN V. RYAN
                                                     UNITED STATES ATTORNEY
9

10   Date: 6/9/2006

                                                     KYLE F. WALDINGER
11                                                   Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

05/12/05  11:31 FAX 413 785   34        US ATTY'S OFFICE                                    ☑007

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

WALTER T. MAY

## WARRANT FOR ARREST

CASE NUMBER: CS 30023

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ _____          Walter T. May
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Use of a Means of Interstate Commerce to Persuade a Minor to Engage in a Sexual Act
Travel with Intent to Engage in Sexual Act with a Juvenile

in violation of
Title                18          United States Code, Section(s)  2422(a), 2423(b)

~~Kenneth P. Neiman~~  *MICHAEL A. PONSOR*                    *DISTRICT*
Name of Issuing Officer                                       U.S. ~~Magistrate~~ Judge
                                                              Title of Issuing Officer

*Michael A. Ponsor*                                           *April 28 2005*
Signature of Issuing Officer                                  Date and Location
                                                                        *Springfield, Mass.*

Bail fixed at $ *DETENTION pending*         by  *Michael A. Ponsor*
*hearing*                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

05/12/05  11:31 FAX 413 785   '4          US ATTY'S OFFICE                    ☑008

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Walter T. May

ALIAS:

LAST KNOWN RESIDENCE:    94 Whitmun Road, Longmeadow, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: United States

DATE OF BIRTH (4 digit year): 1944

SOCIAL SECURITY NUMBER (last 4 digits only): 1212

HEIGHT: _____                        WEIGHT:

SEX:    male                           RACE:   caucasian

HAIR:                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | CRIMINAL NO. 05- 30023 |
| ) | |
| UNITED STATES ) | VIOLATIONS: |
| ) | |
| ) | 18 U.S.C. § 2422(a): Use of a Means |
| ) | of Interstate Commerce to Persuade |
| ) | a Minor to Engage in a Sexual Act |
| v.                                ) | |
| ) | 18 U.S.C. § 2423(b): Travel with |
| ) | Intent to Engage in Sexual Act with |
| ) | A Juvenile |
| WALTER T. MAY,                    ) | |
| Defendant.          ) | 18 U.S.C. §2253(a): Criminal |
| ) | Forfeiture |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 2422(a)-- Use of a Means of
Interstate Commerce to Persuade a Minor to
Engage in a Sexual Act)

From on or May, 2002, to on or about May, 2004, in

Longmeadow, Massachusetts and elsewhere in the District of

Massachusetts

WALTER T. MAY,

defendant herein, did use a facility and means of interstate

commerce, to wit: a computer and modem accessing "Yahoo.com," to

attempt to knowingly persuade, induce, entice, and coerce a

person under 18 years of age to engage in a sexual act for which

any person may be criminally prosecuted.

All in violation of Title 18, United States Code, Section

2422(a).

COUNT TWO:     (18 U.S.C. § 2423(b)--Travel with Intent to Engage in Sexual Act with a Juvenile)

On or about November, 2002, through on or about January, 2003, in Longmeadow, Massachusetts, and elsewhere in the District of Massachusetts and in Colombo, Sri Lanka,

WALTER T. MAY,

defendant herein, knowingly traveled in foreign commerce for the purpose of engaging in illicit sexual conduct as defined in Title 18 U.S.C. Section 2423(f) with a person under 18 years of age that would be a violation of chapter 109A, specifically, sexual abuse of a minor in violation of Title 18 U.S.C. § 2243(b).

2

COUNT THREE:    (18 U.S.C. § 2423(b)--Travel with Intent to
                Engage in Sexual Act with a Juvenile)

On or about April, 2004, in Longmeadow, Massachusetts, and

elsewhere in the District of Massachusetts and in Colombo, Sri

Lanka,

WALTER T. MAY,

defendant herein, knowingly traveled in foreign commerce for the

purpose of engaging in illicit sexual conduct as defined in Title

18 U.S.C. Section 2423(f) with a person under 18 years of age

that would be a violation of chapter 109A, specifically, sexual

abuse of a minor in violation of Title 18 U.S.C. 2243(b).

3

FORFEITURE ALLEGATIONS

**18 U.S.C. § 2253(a) -- Criminal Forfeiture**

1.    The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2.    Upon conviction on Count One hereof, the defendant WALTER T. MAY shall forfeit to the United States any and all property used or intended to be used in any manner or part to commit and to promote the commission of the violation set forth in Count One, including the computer system and related items that were seized by law enforcement officials from his residence on May 4, 2004.

All pursuant to Title 18, United States Code, Section 2253(a).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
Ariane D. Vuono
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and
filed on April 28      , 2005.

1:05 p.m

_____
Deputy Clerk

5