UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

UNITED STATES OF AMERICA    )
                            )
                            )
V.                          )
                            )
WALTER T. MAY               )
          Defendant         )

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant in the above captioned matter and respectfully requests that this Honorable Court continue the Detention Hearing that is scheduled for July 26, 2006 at 11:30 a.m. to July 31, 2006 at 2:00 p.m.  The reason for this motion is as follows:

1.    I was just retained on July 25, 2006 to represent Mr. May in this case.

2.    I will need additional time to review the file and prepare for the Detention Hearing.

Assistant United States Attorney Karen Goodwin has assented to this motion.


BY:    /s/Alan J. Black
       Alan J. Black, Esq.
       1383 Main Street
       Springfield, MA  01103
       413-732-5381
       BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 26th day of July 2006.

/s/ Alan J. Black