UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**APPEARANCE**

Please enter my appearance for the Defendant, Walter T. May, in the above captioned case.

BY: /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 26th day of July 2006.

/s/ Alan J. Black