

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*

*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 18, 2006

Alan J. Black
Law Office of Alan J. Black
1383 Main Street
Springfield, MA 0103

    Re:  United States v. Walter May,
           Criminal No. 05-30023-MAP

Dear Attorney Black:

    Supplementing the government's August 17, 2006, discovery letter, enclosed please find the following:

1. Transcript of consensual interception of April 27, 2004.

2. Screen prints from computer used by the defendant at the I Café on April 27, 2004.

3. Camelot Beach Hotel registration card.

4. Copy of business card the defendant provided to undercover agent.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By:  /s/Karen L. Goodwin
                      _____
                      Karen L. Goodwin
                      Assistant U.S. Attorney

enc.
cc: Clerk of the Court (w/o enc.)