UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|        Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

     Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to a medical appointment on September 29, 2006 at 12:00 p.m. with Dr. John Shepard, 80 South Main Street, West Hartford, Connecticut, an appointment with Dr. Kamal Kalia, 300 Carew Street, Springfield, Massachusetts on October 6, 2006 at 4:00 p.m., and a medical appointment on October 11, 2006 with Dr. Steven Berger, 275 Bicentennial Highway, Springfield, MA at 1:00 p.m.

     The Defendant is also requesting that this Honorable Court allow him to modify his terms of release to allow him to have a couple of hours each week outside to do yard work.

                                                                          BY:    /s/Alan J. Black
                                                                                 Alan J. Black, Esq.
                                                                                 1383 Main Street
                                                                                 Springfield, MA  01103
                                                                                 413-732-5381
                                                                                 BBO# 553768

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 25th day of September 2006.

                                                                           /s/ Alan J. Black