UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30023-MAP |
| ) | |
| WALTER T. MAY, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
September 22, 2006

NEIMAN, C.M.J.

The following schedule was established at the initial Status Conference this day:

1. An interim status conference shall be held on December 6, 2006, at 12:00 p.m. in Courtroom III.

2. On or before the close of business, December 4, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge