UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
|  | ) | |
|  | ) | CRIMINAL NO. 05-30023-MAP |
| v. | ) | |
|  | ) | |
| WALTER T. MAY, | ) | |
| Defendant. | ) | |

STATUS REPORT RE HARD DRIVE

_____The United States hereby reports as follows regarding the hard drive that was produced to the defendant.  The hard drive is a mirror image of the defendant's entire computer hard drive and contains images of child pornography.  Accordingly, it would be appropriate to enter the proposed protective order.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

   By:
     _/s/Karen L. Goodwin
     _____
     Karen L. Goodwin
     Assistant U.S. Attorney
     1550 Main Street
     Springfield, MA 01103

        Certificate of Service
     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.
        /s/Karen L. Goodwin
        KAREN L. GOODWIN