UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|        Defendant | ) |

**PROPOSED PROTECTIVE ORDER RE: COMPUTER EVIDENCE/HARDRIVE**

**IT IS HEREBY ORDERED:**

A. The government shall provide defense counsel with a copy of the retained computer evidence currently in the custody of the Government, including any and all actual or alleged child pornography and/or contraband contained thereon. Defense counsel shall maintain copies of the retained computer evidence as follows:

1. Copies of the retained computer evidence shall be maintained by defense counsel in accordance with this Order, and shall be used solely and exclusively in connection with this case (including trial preparation, trial and appeal).

2. Copies of the retained computer evidence shall be maintained by defense counsel in a locked drawer or cabinet at all times, except while being actively utilized as provided for in this Order.

3. A copy of this Order shall be kept with the copies of the retained computer evidence at all times.

4. Copies of the retained computer evidence shall be accessed and viewed only by defense counsel and any expert retained by or consulted by defense counsel.

5. Defendant himself shall not be permitted to access or view any graphic image file containing actual or alleged child pornography, on copies of the retained evidence or in the Encase evidence files, without petition and prior order of this Court.

6. Any computer into which copies of the retained evidence may be inserted for access and operation shall not be connected to a network while a copy of the retained evidence is inserted into any computer.

7. The computer into which copies of the retained evidence are inserted may

duplication onto any external media.

C. Within 30 days of termination of this matter (including the termination of any appeal), defense counsel shall return copies of the retained computer evidence and the Encase evidence files to the Government through the Office of the United States Attorney. Upon the return of the copies of retained evidence and the Encase evidence files, defense counsel shall file a brief report to the Court specifying that the terms of this Order have been complied with and reporting the return of the copies of evidence.

D. Defense counsel shall not be subject to prosecution for possession, receipt, or distribution of child pornography as a result of any actions that comply with this order.

IT IS SO ORDERED this _4_ day of ~~September~~ October 2006

_____
U.S. District ~~Court~~ Magistrate Judge
KENNETH P. NEIMAN