UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to a dentist appointment on October 16, 2006 at 9:40 a.m. with Dr. Vincent Mariano, 60 Gerrard Avenue, East Longmeadow, MA.

The Defendant is also requesting that this Honorable Court allow him to modify his terms of release to allow him to have a couple of hours each week outside to do yard work.

BY:   /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 12th day of October 2006.

/s/ Alan J. Black