UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | CRIMINAL NO. 05-30023-MAP |
| v. | ) | |
| | ) | |
| WALTER T. MAY, | ) | |
| Defendant. | ) | |

MOTION FOR RETURN OF COMPUTER HARD DRIVE

The government moves for a return of the computer hard drive produced to the defendant for the reason that Section 504 of the Adam Walsh Child Protection and Safety Act of 2006 prohibits production in discovery of any materials constituting child pornography. The government will make the computer reasonably available to the defendant for examination.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Karen L. Goodwin
Karen L. Goodwin
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) [and paper copies will be sent to those indicated as non registered participants].

/s/Karen L. Goodwin
Karen l. Goodwin
Assistant United States Attorney

Date: 10/12/06