UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
|  | ) | |
|  | ) | CRIMINAL NO. 05-30023-MAP |
| v. | ) | |
|  | ) | |
| WALTER T. MAY, | ) | |
| Defendant. | ) | |

STATUS REPORT

The parties submit the following status report pursuant to Local Rule 116.5(A).

1. The government provided automatic discovery to the defendant on August 17, 2006. Further, the government has made a copy of the defendant's computer hard drive for the defendant. The goverment anticipates providing further discovery upon receipt of documents from Sri Lanka.

2. The defendant has not requested expert witness discovery.

3. It is premature to set a motion date because the government is awaiting receipt of documents from Sri Lanka to review for possible production to the defendant.

4. The parties request that the court enter an order of excludable delay as follows:

   a. From July 31, 2006, through August, 28, 2006, pursuant to Local Rule 112.2(A)(3).

   b. From August 28, 2006, through the status conference on

September 22, 2006, in the interest of justice to permit the defendant time to review discovery produced by the government. See 18 U.S.C. § 3161(h)(8)(B)(ii).

5. The parties are unclear at present whether this case will be resolved pursuant to trial or a change of plea.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: *[signature]*
          KAREN L. GOODWIN
          Assistant U.S. Attorney
          U. S. Attorney's Office Federal
          Bldg. & Courthouse
          1550 Main Street, Room #310
          Springfield, MA 01103

*[signature]*
ALAN BLACK, ESQ.
1383 Main Street
Springfield, MA 01103

2