```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES                 )
                              )
                              )      CRIMINAL NO. 05-30023-MAP
     v.                       )
                              )
WALTER T. MAY,                )
        Defendant.            )
```

## MOTION TO RESCHEDULE

The government moves to reschedule the October 18, 2006, hearing on its motion for return of the computer hard drive for the reason that counsel has a previously scheduled hearing before Judge Woodlock in Boston, MA. Counsel requests that the hearing be scheduled no earlier than October 24, 2006. The undersigned Assistant U.S. Attorney attempted unsuccessfully to reach defense counsel to discuss this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Karen L. Goodwin
                              Karen L. Goodwin
                              Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) [and paper copies will be sent to those indicated as non registered participants].

```
                              /s/Karen L. Goodwin
                              Karen l. Goodwin
                              Assistant United States Attorney
```
Date: 10/15/06