UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

      Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to the following medical appointments:

1. A neurology appointment with Dr. Michael Sorrell, 300 Carew Street, Springfield, MA on Friday October 20, 2006 at 9:00 a.m.

2. A three-hour dentist appointment with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA on Wednesday October 25, 2005 at 9:20 a.m.

3. A one-hour dentist appointment with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA on Tuesday November 14, 2006 at 2:40 p.m.

4. An endocrinology appointment with Dr. Barry Izenstein, 2 Medical Drive, Springfield, MA Friday, November 3, 2006 at 9:45 a.m.

BY:   /s/Alan J. Black
           Alan J. Black, Esq.
           1383 Main Street
           Springfield, MA  01103
           413-732-5381
           BBO# 553768

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 16th day of October 2006.

            /s/ Alan J. Black