UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

    Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to pick up his eyeglasses on Thursday October 26, 2006 at 12:00 p.m. at Dr. Steven Berger's office, 275 Centennial Highway, Springfield, MA.


BY:   /s/Alan J. Black
        Alan J. Black, Esq.
        1383 Main Street
        Springfield, MA  01103
        413-732-5381
        BBO# 553768


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 23rd day of October 2006.

        /s/ Alan J. Black