# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States

**v.**    **APPEARANCE**

Walter T. May

Case Number:    05-CR-30023-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 23, 2006 | /s/    Todd Newhouse |
| Date | Signature |
| | Todd Newhouse |
| | Print Name                                      Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield            MA    01103 |
| | City                       State       Zip Code |
| | 413-785-0235          413-785-0394 |
| | Phone Number                                Fax Number |