UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|       Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

    Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to meet with Carol Winslow on Monday October 30, 2006 at 12:00 p.m. at the optical shop located in Dr. Steven Berger's office, 275 Centennial Highway, Springfield, MA to pick up his eyeglasses.

    On October 11, 2006 Mr. May had an appointment with Dr. Berger at which time he got a new prescription for glasses and ordered new glasses from the optical shop. Mr. May's glasses are now in at the Optical Shop in Dr. Berger's office it is necessary for Mr. May to personally pick up his glasses in order to be fitted with the frames. Mr. May has astigmatism and if his glasses are not fitted properly to his eyes they are not beneficial to his vision.

                                              BY:   /s/Alan J. Black
                                                           Alan J. Black, Esq.
                                                           1383 Main Street
                                                          Springfield, MA  01103
                                                          413-732-5381
                                                          BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 25th day of October 2006.

                                                                                /s/ Alan J. Black