UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

   Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to meet with me on Tuesday October 31, 2006 beginning at 10:30 a.m. I expect that this meeting may take approximately two hours.

                    BY:   /s/Alan J. Black
                          Alan J. Black, Esq.
                          1383 Main Street
                          Springfield, MA  01103
                          413-732-5381
                          BBO# 553768

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 25th day of October 2006.

                                           /s/ Alan J. Black