UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to the following medical appointments:

1. A one and a half hour dentist appointment with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA on Tuesday November 14, 2006 at 2:40 p.m.

This request was previously granted for a one-hour appointment with Dr. Mariano, however at Mr. May's appointment on October 25, 2006 Dr. Mariano determined that he will need and additional half hour for an added procedure. Originally this appointment was scheduled to implant crowns only, but Dr. Mariano has determined that it would also be necessary to take an impression of Mr. May's teethe on this date in order for him to make Mr. May a night guard.

BY: /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to Karen Goodwin, AUSA on this 16th day of October 2006.

            /s/ Alan J. Black