UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|        Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for blood work that was ordered by Dr. Barry Izenstein at his appointment on November 3, 2006. The defendant is requesting that he may be able to go for this blood work on Wednesday November 8, 2006 at 9:00 a.m. at the Medical Office Building, 2 Medical Drive, Suite 105, Springfield, MA. He plans to leave his house at 8:00 a.m. in order to be at the office by 9:00 a.m. The defendant expects that he will be done at the office by 10:00 a.m. and expects that he will be back at home by 11:00 a.m.

                                                BY:    /s/Alan J. Black
                                                                Alan J. Black, Esq.
                                                                1383 Main Street
                                                                Springfield, MA  01103
                                                                413-732-5381
                                                                BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 6th day of November 2006.

                                                                                /s/ Alan J. Black