UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for a CranioSacral therapy appointment with Lorna Kerbel, PT, CST, at Heart to Heart Healing, Elm Street, West Springfield on November 18, 2006 from 2:00 p.m. to 4:00 p.m. Mr. May's neurologist, Dr. Michael Sorrell, prescribed this therapy for treatment of trigeminal neuralgia nerve pain that Mr. May is currently experiencing. The defendant plans to leave his house at 1:15 p.m. and expects that he will be back at home by 4:45 p.m.

BY:  /s/Alan J. Black
        Alan J. Black, Esq.
        1383 Main Street
        Springfield, MA  01103
        413-732-5381
        BBO# 553768

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 15th day of November 2006.

        /s/ Alan J. Black