UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for a CranioSacral therapy appointment with Pam McCormack, LLCC, CST, at Quantum Life Management Center, Westwood Avenue, East Longmeadow, MA on November 27, 2006 from 2:00 p.m. to 4:00 p.m. Mr. May's neurologist, Dr. Michael Sorrell, prescribed this therapy for treatment of trigeminal neuralgia nerve pain that Mr. May is currently experiencing. The defendant plans to leave his house at 1:15 p.m. and expects that he will be back at home by 4:45 p.m.

BY:  /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 21st day of November 2006.

/s/ Alan J. Black