UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for a flu shot at the Longmeadow Adult Center, 231 Maple Road, Longmeadow, MA on December 6, 2006 at 12:00 p.m. A flu shot is necessary for Mr. May because he suffers from Bronchial Asthma. Mr. May also suffered from a double case of viral pneumonia as a child. The defendant plans to leave his house at 11:30 a.m. and expects that he will be back at home by 1:30 p.m.

                                                              BY: /s/Alan J. Black
                                                                     Alan J. Black, Esq.
                                                                     1383 Main Street
                                                                     Springfield, MA 01103
                                                                     413-732-5381
                                                                     BBO# 553768

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 30th day of November 2006.

                                                                                 /s/ Alan J. Black