UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | CRIMINAL NO. 05-30023-MAP |
| v. | ) | |
| | ) | |
| WALTER T. MAY, | ) | |
| Defendant. | ) | |

## STATUS REPORT

The parties submit the following status report pursuant to Local Rule 116.5(A).

1. The government provided automatic discovery to the defendant on August 17, 2006. Further, the government has made a copy of the defendant's computer hard drive for the defendant. The government also provided further discovery of documents from Sri Lanka.

2. The defendant has not requested expert witness discovery.

3. The parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The parties request that the court enter an order of excludable delay as follows:

   a. From July 31, 2006, through August, 28, 2006, pursuant to Local Rule 112.2(A)(3).

   b. From August 28, 2006, through the status conference on September 22, 2006, in the interest of justice to

        permit the defendant time to review discovery produced by the government. See 18 U.S.C. § 3161(h)(8)(B)(ii).

c.   From September 22, 2006, through the status conference on December 6, 2006, in the interest of justice to permit the defendant time to review discovery produced by the government. See 18 U.S.C. § 3161(h)(8)(B)(ii).

5.   The parties are unclear at present whether this case will be resolved pursuant to trial or a change of plea.

Filed this 4th day of December, 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                _____
                                TODD E. NEWHOUSE
                                Assistant United States Attorney

On behalf of defendant May:


_____
ALAN BLACK, ESQ.
Counsel for defendant May

                       CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                                December 4, 2006

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                                      _____

```
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney
```