UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30023-MAP |
| | ) | |
| WALTER T. MAY, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
December 6, 2006

NEIMAN, C.M.J.

The following schedule was established at the status conference held this day:

1. Defendant shall file his discovery motions by no later than December 20, 2006.

2. Government shall file its response to Defendant's discovery motions by no later than January 3, 2007.

3. A further Interim Status Conference in accordance with LR 116.5 shall be held on January 29, 2007, at 2:00 p.m. in Courtroom III.

4. A joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court on or before the close of business, January 26, 2007.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge