UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.         )<br>)<br>)<br>WALTER T. MAY,     )<br>    Defendant    ) | Criminal Action No. 05-30023-MAP |

INTERIM STATUS REPORT
December 6, 2006

NEIMAN, C.M.J.

The court held an interim status conference this day and, in accord with Local Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has set a further interim status conference for January 29, 2007.

3. There are no other matters to report relevant to the progress or resolution of the case.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge