UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|         Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

     Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for an hour and a half dental appointment with John R. Shepherd, D.D.S., 80 South Main Street, West Hartford, CT on January 15, 2007 at 11:00 a.m. The Defendant has been experiencing pain in his tooth. The defendant plans to leave his house at 9:30 a.m. on and expects that he will be back at home by 2:00 p.m.

                                   BY:   /s/ Alan J. Black
                                             Alan J. Black, Esq.
                                             1383 Main Street
                                             Springfield, MA  01103
                                             413-732-5381
                                             BBO# 553768

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this on this 10th day of January 2007.

                                                           /s/ Alan J. Black

**JOHN R. SHEPHERD, D.D.S.**
PRACTICE LIMITED TO PERIODONTICS
99 SOUTH MAIN STREET
WEST HARTFORD, CT 06107

521-0026

Judge Neiman:

I am aware of the charges against my patient, Walter T. May.

He has a complaint of pain in a tooth that was recently treated by a restorative dentist. Walter has had problems with his occlusion (bite) in the past and therefore a differential diagnosis will be necessary to determine the tooth is endodontically (root canal) or is the pain the result of trauma from the occlusion.

The estimated time for the evaluation would be approximately 1½ hours.

I have appointed him at 11:00 AM.

On January 10, 2007.

Dr. John R. Shepherd