*Law Office of*

# Alan J. Black

1383 Main Street
Springfield, MA  01103

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

January 11, 2007

Assistant U.S. Attorney Todd Newhouse
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

RE:  **USA vs. May**
     **Docket No. 05-30023-MAP**

Dear Attorney Newhouse:

   I am requesting one more piece of discovery on behalf of Walter May in the above-entitled matter.

1. A Bill of Particulars under the Due Process Clause of the Fifth Amendment to the United States Constitution as the particular incidents underlying the various charges in the indictments are unclear and prevent the defendant from adequately preparing for trial.

   Thank you in advance for you cooperation.  If you have any questions do not hesitate to contact my office.

                              Very Truly Yours,
                              /s/ Alan J. Black
                              Alan J. Black, Esq.