

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*     *Federal Building & Courthouse*
*Fax: (413) 785-0394*                *Main Street, Room 310*
                                     *Springfield, Massachusetts 01103*

January 11, 2007

Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103

　　　Re:　United States v. May
　　　　　 Criminal No. 05-30023-MAP

Dear Attorney Black:

　　　In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), and pursuant to your discovery letter of January 11, 2007 I am providing you with the following response.

　　　I am not providing you with a Bill of Particulars because the Indictment sets forth with sufficient particularity the crimes charged pursuant to F. R. Crim. P. 7(c).

　　　Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ Todd E. Newhouse
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TODD E. NEWHOUSE
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc:　Bethany Healy,
　　　Courtroom Clerk
　　　Hon. Kenneth P. Neiman
　　　United States Magistrate Judge