UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|        Defendant | ) |

## MOTION TO ACCEPT LATE FILING

Now comes the Defendant in the above captioned matter and respectfully requests that this Honorable Court allow him to file his Motion for Further Discovery Per Rule 116.1 (D), Request for Discovery Under 404(b), Request for Bill of Particulars and Motion for Discovery of Expert Testimony late. The reasons for this motion are as follows:

1. On December 6, 2006 a status conference in this case was held.
2. On this date I was given two weeks to file my discovery request letter with the Government.
3. I filed my discovery letter on December 20, 2006 two weeks after the status conference.
4. I received response to my discovery letter from Todd Newhouse, AUSA on January 5, 2007.
5. I am filing my discovery motions today, January 16, 2007, the soonest possible date after the Government's response to my discovery letter that I was able to complete these motions.
6. The next status in this case is not scheduled until January 29, 2007, therefore the Government still has time to review and respond to my motions.

                        BY:    /s/Alan J. Black
                                   Alan J. Black, Esq.
                                   1383 Main Street
                                   Springfield, MA 01103
                                   413-732-5381
                                   BBO# 553768

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this on this 16th day of January 2007.

                                                             /s/ Alan J. Black