UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|        Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

    Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to a one-hour appointment with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA on January 24, 2007 at 4:30 p.m. to correct problems that he is having with his bite due to two crowns that were recently put in by Dr. Mariano. The defendant plans to leave his house at 3:45 p.m. and expects that he will be back at home by 6:15 p.m.

BY: /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 18th day of January 2007.

/s/ Alan J. Black