UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| <u>          Defendant          </u> | ) |

**MOTION TO CONTINUE STATUS CONFERENCE**

Now comes the Defendant in the above captioned matter and respectfully requests that this Honorable Court continue the Status hearing that is scheduled for January 30, 2007 at 11:30 a.m. for and additional three weeks.  The reasons for this motion are contained in the attached ex-parte affidavit.

BY:    /s/Alan J. Black
       Alan J. Black, Esq.
       1383 Main Street
       Springfield, MA  01103
       413-732-5381
       BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 25th day of January 2007.

/s/ Alan J. Black