UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO SEAL

Now comes the Defendant in the above captioned matter and respectfully requests that this Honorable Court seal the Attorney's affidavit in support of the Defendant's motion to continue the status conference as it contains privileged communications made between the attorney and the client.

BY:  /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this 25th day of January 2007.

/s/ Alan J. Black