UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30023-MAP |
| V. ) | |
| ) | |
| WALTER MAY, ) | |
|     Defendant, ) | |
| ) | |

## STATUS REPORT

    The parties submit the following status report pursuant to Local rule 116.5 (A).

    1.    The government provided automatic discovery to the defendant on August 17, 2006.  Further the government has made a copy of the defendant's computer hard drive for the defendant.  The government also provided further discovery documents from Sri Lanka.

    2.    The defendant requested expert witness testimony in a pending motion presently before the court.

    3.    Discovery letters have been exchanged and replied to and there are currently four pending discovery motions before the court.

    4.    The government has discussed with defense counsel the possibility of superceding the indictment.  This could possibly call for new discovery being provided to the defendant.

    5.    At this time there is no change of plea on the part of the defendant partly due to the issues discussed in the sealed affidavit..

    Filed this 29th day of January 2007.

    Respectfully submitted,

    THE DEFENDANT
    /s/ Alan J. Black
    ALAN JAY BLACK
    1383 Main Street

                                                Springfield, MA 01103
                                                (413) 732-5381
                                                BBO# 553768

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ Todd E. Newhouse
                                                TODD E. NEWHOUSE

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this on this 29th day of January 2007.

                                                                   /s/ Alan J. Black