UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES                )
                             )
                             )    CRIMINAL NO. 05-30023-MAP
    v.                       )
                             )
WALTER T. MAY,               )
    Defendant.               )

### STATUS REPORT REGARDING SPEEDY TRIAL

The government submits the following status report regarding the speedy trial pursuant to Local Rule 116.5(A) and the Court's request at the January 30, 2007 Status Conference.

1. The parties request that the Court enter orders of excludable delay as follows:

   a. From July 31, 2006, through August, 28, 2006, pursuant to Local Rule 112.2(A)(3).

   b. From August 28, 2006, through the status conference on September 22, 2006, in the interest of justice to permit the defendant time to review discovery produced by the government. See 18 U.S.C. § 3161(h)(8)(A).

   c. From September 22, 2006, through the status conference on December 6, 2006, in the interest of justice to permit the defendant time to review discovery produced by the government. See 18 U.S.C. § 3161(h)(8)(A).

   d. From December 6, 2006, through the status conference on January 30, 2007, in the interest of justice to permit the defendant time to review discovery produced by the

      government, for the defendant to file discovery motions and for the Court to rule on the motions.  See 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(1)(J), and 3161(8)(A).

e.   From January 30, 2007, through the status conference on February 14, 2007, in the interest of justice to permit the defendant time to decide which attorney(s) will represent him.  See 18 U.S.C. § 3161(h)(8)(A).

If the Court enters the above requested Orders of Excludable Delay the only time not exclude is the time between the Initial Appearance on July 21, 2006 and July 30, 2006, at total of ten days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.           Springfield, Massachusetts
                            January 30, 2007

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney

2