UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|       Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for to an appointment with Dr. Samuel Antiles, 133 Maple Street, Springfield, MA on February 14, 2007 at 9:45 a.m. and with Jane Jagelman, Ph.D., 130 Maple Street, Suite 132, Springfield, MA on February 15, 2007 at 9:00 a.m. DES has scheduled these appointments in order for them to process Mr. May's disability application, as he currently has no health care. The defendant expects that each appointment will last approximately two hours.  The defendant plans to leave his house on February 14, 2007 at 9:15 a.m. and expects that he will be back at home by 12:15 p.m.  The defendant plans to leave is house at 8:30 a.m. on February 15, 2007 and expects that he will be home at 11:30 a.m.

                                              BY:    /s/ Alan J. Black
                                                          Alan J. Black, Esq.
                                                          1383 Main Street
                                                           Springfield, MA  01103
                                                           413-732-5381
                                                           BBO# 553768

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this on this 31st day of January 2007.

                                                   /s/ Alan J. Black



**University of Massachusetts**
Disability Evaluation Services
P.O. Box 2795
Worcester, MA 01613-9938
Toll Free 1-800-888-3420
Toll Free TTY 1-866-693-1390 (for the deaf and hard of hearing)

January 24, 2007

Walter May
94 Whitman Road

LONGMEADOW, MA 01106

Case#: 589819

Client Date of Birth: 02/24/1944

**RE: Your Disability Application**

In order to complete your application for MassHealth benefits, you need to attend an appointment so that DES can obtain additional medical information about your condition.

**It is important that you go to the appointment scheduled for you by DES.**

Your appointment is on: Thursday, February 15, 2007 at 09:00 AM

Your appointment is with: Jane Jagelman, Ph.D.
130 Maple Street
Suite #132
Springfield, MA 01103

*It is important that you keep this appointment. If you do not keep this appointment, your benefits may be denied and/or stopped.*

If there is a good reason you cannot attend this appointment, please call DES at 1-800-888-3420 to see if this appointment can be changed.

If you miss this appointment and have a good reason, please call DES at 1-800-888-3420 within 48 hours to see if a new appointment can be scheduled for you.

DES will pay for this examination and any testing required. There is no charge to you.

If you have medical records that we may not have, please call DES right away at 1-800-888-3420.

You may bring your medical records to the appointment.

Please bring a form of positive identification (driver's license or other photo id) with you to the appointment.

If you need an interpreter, directions, or have any other questions about this appointment, call DES at 1-800-888-3420 today.

TTD/TTY users, please contact the DES toll free number at 1-866-693-1390 (for the deaf and hard of hearing)

Thank you for your cooperation.
Sincerely,
Disability Evaluation Services

DES # - 827
CEL200-CL



**University of Massachusetts**
Disability Evaluation Services
P.O. Box 2795
Worcester, MA 01613-9938
Toll Free 1-800-888-3420
Toll Free TTY 1-866-693-1390 (for the deaf and hard of hearing)

January 24, 2007

Walter May
94 Whitman Road

LONGMEADOW, MA 01106

Case#: 589819

Client Date of Birth: 02/24/1944

RE: Your Disability Application

In order to complete your application for MassHealth benefits, you need to attend an appointment so that DES can obtain additional medical information about your condition.

It is important that you go to the appointment scheduled for you by DES.

Your appointment is on: Wednesday, February 14, 2007 at 09:45 AM
Your appointment is with: Samuel Antiles, MD
133 Maple St.

Springfield, MA 01105

*It is important that you keep this appointment. If you do not keep this appointment, your benefits may be denied and/or stopped.*

If there is a good reason you cannot attend this appointment, please call DES at 1-800-888-3420 to see if this appointment can be changed.

If you miss this appointment and have a good reason, please call DES at 1-800-888-3420 within 48 hours to see if a new appointment can be scheduled for you.

DES will pay for this examination and any testing required. There is no charge to you.

If you have medical records that we may not have, please call DES right away at 1-800-888-3420.

You may bring your medical records to the appointment.

**Please bring a form of positive identification (driver's license or other photo id) with you to the appointment.**

If you need an interpreter, directions, or have any other questions about this appointment, call DES at 1-800-888-3420 today.

TTD/TTY users, please contact the DES toll free number at 1-866-693-1390 (for the deaf and hard of hearing)

Thank you for your cooperation.
Sincerely,
Disability Evaluation Services

DES II - 827
DEL400-04