UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

UNITED STATES OF AMERICA )
)
)
V. )
)
WALTER T. MAY )
       Defendant )

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for a dental appointment with Dr. John Shepard, 80 South Main Street, West Hartford, CT on February 5, 2007 at 11:00 a.m. for the insertion of a maxillary orthotic. Dr. Shepard expects that this appointment will be approximately one hour. The defendant plans to leave his house at 9:30 a.m. and expects that he will be back home by 1:30 p.m.

    BY:  /s/ Alan J. Black
              Alan J. Black, Esq.
              1383 Main Street
              Springfield, MA 01103
              413-732-5381
              BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA and Karen Goodwin, AUSA on this on this 1st day of February 2007.

              /s/ Alan J. Black