UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for two forty-five minute dental appointments with John R. Shepherd, D.D.S., 80 South Main Street, West Hartford, CT on February 13, 2007 at 11:00 a.m. and February 27, 2007 at 11:00 a.m.. These appointments are necessary to make adjustments to Mr. May's occlusal guard that was inserted by Dr. Shepard on February 5, 2007. The defendant plans to leave his house at 9:45 a.m. and expects that he will be back at home by 1:00 p.m.

BY:  /s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 6th day of February 2007.

/s/ Alan J. Black