UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to a forty-five minute dental appointment with John R. Shepherd, D.D.S., 80 South Main Street, West Hartford, CT on February 28, 2007 at 11:00 a.m. The defendant filed a motion on February 6, 2007 to request that this appointment with Dr. Shepard be allowed however the defendant will be at a CranioSacral therapy with Verena Johanna Smith on February 27, 2007 at 10:45. The defendant has therefore rescheduled his appointment with Dr. Shepard for February 28, 2007 at 11:00 a.m. This appointment is necessary to make adjustments to Mr. May's occlusal guard that was inserted by Dr. Shepard on February 5, 2007. The defendant plans to leave his house at 9:45 a.m. and expects that he will be back at home by 1:00 p.m.

BY:    /s/ Alan J. Black
           Alan J. Black, Esq.
           1383 Main Street
           Springfield, MA  01103
           413-732-5381
           BBO# 553768

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 7th day of February 2007.

                                                       /s/ Alan J. Black