UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
|         Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to attend the status and motion hearing in this matter scheduled for February 14, 2007 at 2:00 p.m. The defendant plans to leave his house at 1:15 p.m. and expects that he will be back at home forty-five (45) minutes after the hearing concludes.


                                                         BY:    /s/ Alan J. Black
                                                                      Alan J. Black, Esq.
                                                                       1383 Main Street
                                                                       Springfield, MA  01103
                                                                       413-732-5381
                                                                       BBO# 553768


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 7th day of February 2007.

                                                                                   /s/ Alan J. Black