UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**RENEWED MOTION TO MODIFY TERMS AND
CONDITIONS OF DEFENDANT'S RELEASE**

Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to an appointment with Jane Jagelman, Ph.D., 130 Maple Street, Suite 132, Springfield, MA on February 15, 2007 at 9:00 a.m. DES has scheduled this appointment in order for them to process Mr. May's disability application, as he currently has no health care. The defendant expects that this appointment will last approximately two hours.  The defendant plans to leave is house at 8:30 a.m. on February 15, 2007 and expects that he will be home at 11:30 a.m.

BY:   /s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 7th day of February 2007.

/s/ Alan J. Black