UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to a 1½-hour appointment with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA on March 6, 2007 at 9:40 a.m. The defendant plans to leave his house at 9:00 a.m. and expects that he will be back at home by 12:00 p.m.

BY: /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this 13th day of February 2007.

/s/ Alan J. Black