*Law Office of*

# Alan J. Black

1383 Main Street
Springfield, MA  01103

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

February 13, 2007

Magistrate Kenneth Neiman
United States District Court
1550 Main Street
Springfield, MA  01103

    RE:    **USA vs. Walter May**
               **Docket No. 05-30023-MAP**

Dear Judge Neiman:

     This letter is to confirm that the appointment Mr. May has scheduled On February15, 2007 with Jane Jagelman, Ph.D. that has been scheduled by DES to process Mr. May's application for disability.  Mr. May is seeking health benefits from MA Health due to his disability solely and not for the financial aspects of MA Health benefits.

     Thank you in advance for you cooperation.  If you have any questions do not hesitate to contact my office.

                          Very Truly Yours,
                          /s/ Alan J. Black
                          Alan J. Black, Esq.