UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant in the above captioned matter and respectfully requests that this Honorable Court continue the Status hearing that is scheduled for February 14, 2007 at 2:00 p.m. to such a date as is mutually agreeable by all parties. The reasons for this motion are as follows.

1. The weather forecasts are predicting that we may see up a foot of snow on February 14, 2007 with blizzard like conditions as well as sleet and freezing rain throughout the day.

2. I do not have a four-wheel drive vehicle and road conditions will be dangerous.

3 I will be traveling from Northampton, MA to Springfield, MA solely for this hearing.

4. I will be in San Antonio, Texas at the Academy of Forensic Sciences Conference from February 21, 2007 until February 23, 2007 and would therefore be unavailable for a status conference in during these dates.

BY:   /s/Alan J. Black
      Alan J. Black, Esq.
      1383 Main Street
      Springfield, MA  01103
      413-732-5381
      BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this 13th day of February 2007.

    /s/ Alan J. Black