```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     Criminal No. 05-30023-MAP
                              )
                              )
        v.                    )
                              )
WALTER MAY,                   )
        Defendant.            )
```

## GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from February 13, 2007 through February 27, 2007 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

On February 13, 2007, the Court held a telephone conference during which counsel for the defendant stated he was about to file a motion to withdraw and successor counsel was about to file a notice of appearance. The Court continued the case until February 27, 2007 so that the issue of representation could be addressed.

Therefore, the government moves that the Court exclude the time between February 13, 2007 and February 27, 2007 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A). The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this motion.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:

                            /s/ Todd E. Newhouse
                            _____
                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       February 15, 2007

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

```
                            /s/ Todd E. Newhouse
                            _____
                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney
```