UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO MODIFY TERMS AND CONDITIONS
## OF DEFENDANT'S RELEASE

Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go for a CranioSacral therapy appointment with Verena Johanna Smith, at 19 Crosby Avenue, Amherst, MA on March 2, 2007 at 11:15 a.m. Due to the court hearing that is scheduled for February 27, 2007 at 11:00 a.m. Mr. May has rescheduled the previously allowed appointment with Verena Johanna Smith from February 27, 2007 to March 2, 2007. A letter from Mr. May's neurologist, Dr. Michael Sorrell dated December 5, 2006 (previously filed) states that these weekly appointments are medically necessary. The defendant plans to leave his house at 10:00 a.m. and expects that he will be back at home by 2:00 p.m.

BY:  /s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 21st day of February 2007.

/s/ Alan J. Black