UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Now comes Alan J. Black, the attorney or record in the above-named case and respectfully request that this Honorable Court allow him to withdraw as attorney for Walter May pursuant to Local Rule 83.5.2 (c). The reasons for this motion are being submitted in the attached (sealed) affidavit.

BY:   /s/ Alan J. Black
      Alan J. Black, Esq.
      1383 Main Street
      Springfield, MA  01103
      413-732-5381
      BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 22nd day of February 2007.

/s/ Alan J. Black

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.