UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## RENEWED MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANT'S RELEASE

    Now comes the defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to an appointment with Samuel Antilee, MD, 133 Maple Street, Springfield, MA on March 14, 2007 at 9:45 a.m. DES has scheduled this appointment in order for them to process Mr. May's disability application, as he currently has no health care. The defendant expects that this appointment will last approximately two hours.  The defendant plans to leave is house at 9:00 a.m. on and expects that he will be home at 12:30 p.m.

                                    BY:    /s/ Alan J. Black
                                                    Alan J. Black, Esq.
                                                      1383 Main Street
                                                      Springfield, MA  01103
                                                      413-732-5381
                                                      BBO# 553768

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this on this 22nd day of February 2007.

                                                                      /s/ Alan J. Black