UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

## MOTION TO SEAL

Now comes the Attorney Alan Black in the above captioned matter and respectfully requests that this Honorable Court seal the Attorney's Affidavit in support of Motion to Withdraw as it contains privileged communications made between the attorney and the client.

BY:  /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this 22nd day of January 2007.

/s/ Alan J. Black