UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 3:05-CR-30023

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs | ) |
| | ) |
| WALTER T. MAY | ) |

**APPEARANCE OF COUNSEL**

    Now comes, Kevin G. Murphy, Esq., and hereby enters his appearance on behalf of Defendant, Walter T. May in the above-referenced matter.

Dated: February 26, 2007                    /s/Kevin G. Murphy, Esq.
                                            Kevin G. Murphy, Esq.
                                            Pessolano, Dusel, Murphy & Casartello, P.C.
                                            115 State Street - Fifth Floor
                                            Springfield, MA 01103
                                            B.B.O. #363110
                                            (413) 781-4700
                                            (413) 781-0471 (fax)