UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 3:05-CR-30023

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs | ) |
| | ) |
| WALTER T. MAY | ) |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.5.3(b) the undersigned respectfully moves for the admission of Mitchell H. Nelson of the law firm of Imhoff & Associates, PC, 398 Kent Way, White Lake, MI for purposes of appearing as Counsel on behalf of Defendant, Walter T. May in the above entitled case.

Mitchell Nelson certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Michigan Bar and the United States District Court of Michigan.

In further support of this Motion, it is hereby designated that Kevin Murphy is a member of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and Counsel may readily communicate and upon whom papers may be served.

Respectfully Submitted,
By the Defendant,

Dated: February 26, 2007

/s/Kevin G. Murphy
Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, P.C.
115 State Street - Fifth Floor
Springfield, MA 01103
B.B.O. #363110
(413) 781-4700
(413) 781-0471 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 3:05-CR-30023

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs | ) |
| | ) |
| WALTER T. MAY | ) |

## AFFIDAVIT

    I certify that I am a member in good standing of the Michigan Bar, there are no disciplinary proceeding pending against me in any jurisdiction and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February 26, 2007

/s/Mitchell H. Nelson, Esq.
Mitchell H. Nelson, Esq.
Imhoff & Associates, PC
398 Kent Way
White Lake, MI 48383
P22825
(248) 461-6777
(248) 461-6778 (fax)

# State Bar of Michigan

# Certificate

### of Good Standing

This certifies that Mitchell Hamilton Nelson, P22825 of White Lake, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on December 13, 1972 in Oakland County and became a member of the State Bar of Michigan on December 13, 1972.

Janet K. Welch
Interim Executive Director
February 01, 2007