UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30023-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| WALTER T. MAY | ) |
| Defendant | ) |

**MOTION TO MODIFY TERMS AND CONDITIONS
OF DEFENDANT'S RELEASE**

Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release and allow him to go to two 1-hour appointments with Dr. Vincent Mariano, 16 Gerrard Avenue, East Longmeadow, MA. The first appointment is scheduled for April 10, 2007 and the second for May 8, 2007 both at 12:00 p.m. The defendant plans to leave his house at 11:15 a.m. and expects that he will be back at home by 1:45 p.m.

BY:  /s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
413-732-5381
BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Todd Newhouse, AUSA on this 27th day of February 2007.

/s/ Alan J. Black