UNITED STATES OF AMERICA
FOR THE DISTRICT COURT OF MASSACHUSETTS (SPRINGFIELD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WALTER T. MAY

        Defendant.

_____/

CASE NO. 3:05-CR-30023

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

## APPEARANCE

NOW COMES, Mitchell H. Nelson of IMHOFF & ASSOCIATES, PC. and hereby enters his appearance on behalf of Defendant, Walter T. May, in the within cause.

Dated: January 29, 2007

                                  IMHOFF & ASSOCIATES, PC.

                                  _____
                                  Mitchell H. Nelson (P22825)