UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30023-MAP |
| | ) | |
| | ) | |
| WALTER T. MAY, | ) | |
|     Defendant | ) | |

INTERIM STATUS REPORT
February 28, 2007

NEIMAN, C.M.J.

The court held a final status conference this day and, in accord with Local Rule 116.5(D), reports as follows:

1. The court this day allowed Defendant to be represented by new counsel, said counsel having informed the court that he is prepared to proceed without any delay attributable to his recent appearance.

2. But for certain discovery which the Government is to provide Defendant by March 9, 2007, all discovery has been completed.

3. An initial pretrial conference has been scheduled for March 15, 2007, at 3:30 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file any dispositive motions. The parties estimate that a trial, if necessary, will take approximately five days.

4. Defendant does not intend to raise a defense of insanity or public authority, although Defendant's state of mind may be the subject of a

      motion to suppress.

5.     The parties - - and the court – agree that, as of today, ten days will have run on the Speedy Trial clock.  An order of excludable delay shall issue.

6.     There are no other matters to report relevant to the progress or resolution of the case.

IT IS SO ORDERED.

DATED: <u>February 28, 2007</u>　　　　　　　　　<u>/s/ Kenneth P. Neiman</u>
　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge