**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

                  Plaintiff,                NO. CR 05-30023-MAP

v.

WALTER T. MAY

                  Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

**<u>APPEARANCE</u>**

       NOW COMES, Mitchell H. Nelson of IMHOFF & ASSOCIATES,

PC. and hereby enters his appearance on behalf of Defendant, Walter T. May, in

the within cause.

Dated: March 8, 2007

                        IMHOFF & ASSOCIATES, PC.


                        /s/ Mitchell H. Nelson
                        _____
                        Mitchell H. Nelson (P22825)