**UNITED STATES OF AMERICA**
**<u>FOR THE DISTRICT OF MASSACHUSETTS</u>**

UNITED STATES OF AMERICA,

        Plaintiff,                NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

**<u>MOTION TO MODIFY TERMS AND CONDITIONS OF</u>**
**<u>DEFENDANTS RELEASE FOR MEDICAL TREATMENT</u>**

     Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release to allow him to go to four 2-hour appointments with Verena J. Smith, Lic. Ac. Dipl. Ac. , 19 Cosby Ave., Amherst, MA 01002. The first appointment is scheduled for Friday, March 23, 2007, the second for March 30, 2007, the third for April 6, 2007, and the fourth for April 13, 2007 all at 11:15. The Defendant plans to leave his house at 10:00 a.m. and expects that he will be back home at 2:15 a.m.

Dated: March 13, 2007

                                                                IMHOFF & ASSOCIATES, PC.

        BY:   /s/ Mitchell H. Nelson
                _____
                Mitchell H. Nelson (P22825)
                398 Kent Way
                White Lake, MI 48383
                248-461-6777

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent to Todd Newhouse, AUSA on this 13th day of March, 2007

                /s/ Mitchell H. Nelson

**Verena Johanna Smith Reg. Ac. Dipl Ac., CH (NCCAOM)**
**Practitioner of Oriental Medicine**
19 Cosby Ave. Amherst, MA 01002
Tel: 413-549-2830 FAX: 413-549-4494 verena@giftofhealth.com

Affidavit of Verena J. Smith, Reg. Ac.Dipl.Ac. (NCCAOM)

I, Verena J. Smith, do hereby swear and depose the following:

Name: Walter May

Charges: Intent to travel to Sri Lanka for purposes of having sex with a minor.

Conditions of Release: House arrest and wearing an ankle bracelet.

Date and time of appointments: Mar 23, 30, April 6, 13, at 11:15 for 1.5 to 2 hours.

The above is true to the best of my knowledge and belief and is signed under the pains of perjury on this 13th day of March, 2007.

*[signature]*
Verena J. Smith, Reg. Ac.Dipl.Ac. (NCCAOM)