UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
              v.              )  CR NO. 05-30023-MAP
                              )
WALTER T. MAY                 )
```

SCHEDULING ORDER

March 19, 2007

PONSOR, D.J.

    Counsel appeared for a pretrial conference on March 15, 2007. Based on counsel's representations, the court orders as follows:

    1. Defendant's motions relating to entrapment, suppression, and preliminary issues will be filed no later than March 30, 2007.

    2. The government's opposition will be filed no later than April 20, 2007.

    3. The court will hear argument on the motions on May 10, 2007 at 1:00 p.m. If necessary, following oral argument, the court will schedule an evidentiary hearing.

    4. Trial in this matter will commence on June 25, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to the commencement of jury selection. It is expected that the trial will require five to seven days, on a 9:00 a.m. to 1:00 p.m. schedule.

5. Proposed voir dire questions and proposed jury instructions will be filed no later than June 18, 2007.

It is So Ordered.

*/s/ Michael A. Ponsor*
MICHAEL A. PONSOR
United States District Judge