UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
Plaintiff,                   )
                             )
V.                           )
                             )  CRIMINAL NO. 05-30023-MAP
                             )
                             )
WALTER MAY,                  )
Defendant.                   )
_____)

**MOTION TO RECONSIDER**

The Defendant respectfully requests the Court to reconsider its ruling on March 16, 2007 regarding "Motion to Exclude as to Walter T. May" because the STA does not provide for the exclusion, the Court did not contemplate, make or offer an ends-of-justice reason at the time of scheduling pretrial, and the delay due to the Court's calender is not excludable. Memorandum attached.

Dated: March 23, 2007

                Respectfully submitted,

                by /s/Mitchell Nelson
                  Mitchell Nelson
               Imhoff & Associates
                  398 Kent Way
              White Lakes, MI48383
248-461-6777, Fax 248-461- 6778
              Attorney for Defendant