**UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

        Plaintiff,                NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

**MOTION TO MODIFY TERMS AND CONDITIONS OF
DEFENDANTS RELEASE TO ALLOW ATTENDANCE AT MOTION HEARING**

    Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allows him to modify his terms of release to allow him to attend the scheduled Pretrial Conference on Thursday, May 1o, 2007 at 2:00 pm. The Defendant plans to leave his house at 1:15 p.m. and arrive back at his home forty-five (45) minutes after the hearing ends.

Dated: Mary 1, 2007

                              IMHOFF & ASSOCIATES, PC.

                              BY:   /s/ Mitchell H. Nelson
                                    _____

Mitchell H. Nelson (P22825)
398 Kent Way
White Lake, MI 48383
248-461-6777

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent to Todd Newhouse, AUSA on this 1st day of May 2007

                        <u>/s/ Mitchell H. Nelson</u>