**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

        Plaintiff,        NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.
_____/
Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

**DEFENDANT'S PROPOSED INSTRUCTIONS TO JURY PANEL**

Now comes the Defendant, by and through his attorney, Mitchell H. Nelson of IMHOFF & ASSOCIATES, PC and respectfully prays and moves that this Honorable Court instruct the jury as follows:

    1. 1st Circuit Pattern 1.01   Duty of Jury

    2. 1st Circuit Pattern 1.02   Nature of Indictment; Presumption of Innocence

    3. 1st Circuit Pattern 1.04   Preliminary Statement of Elements of Crime

4. 1st Circuit Pattern 1.05   Evidence, Objections, Rulings; Bench Conference

5. 1st Circuit Pattern 1.06   Credibility of Witnesses

6. 1st Circuit Pattern 1.07   Conduct of Jury

7. 1st Circuit Pattern 1.08   Note Taking

8. 1st Circuit Pattern 1.09   Outline of Trial

9. 1st Circuit Pattern 2.01   Stipulations

10. 1st Circuit Pattern 2.02   Impeachment by Prior Inconsistent Statement

11. 1st Circuit Pattern 2.06   Weighing Testimony of an Expert Witness

12. 1st Circuit Pattern 2.07   Caution that as to Cooperating Witness/Accomplice/Paid Informant

13. 1st Circuit Pattern 2.10   Statements by Defendant

14. 1st Circuit Pattern 2.i3   Definition of Knowingly

15. 1st Circuit Pattern 3.01   Duty of Jury to Find Facts and Follow Law

16. 1st Circuit Pattern 3.02   Presumption of Innocence; Proof Beyond a Reasonable Doubt

17. 1st Circuit Pattern 3.03    Defendants Constitutional Right Not to Testify

18, 1st Circuit Pattern 3.04    What is Evidence, Inferences

19. 1st Circuit Pattern 3.05    Kinds of Evidence: Direct and Circumstantial

20. 1st Circuit Pattern 3.06    Credibility of Witnesses

21. 1st Circuit Pattern 3.08    What is not Evidence

22. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count I--Inst. 64-5- The Indictment and the Statute

23. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count I--Inst. 64-6-Elements of the Offense

24. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count I—Inst.64-6-Elements of the Offense

25. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count II &III--Inst.64-20-The Indictment and the Statute

26. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count II&III—Inst. 64-22 First Element- Interstate Travel

27. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Count II&III—Inst. 64-23 Second Element-Intent to Engage in Illicit sexual Conduct

28. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst64-29—Affirmative Defense-Reasonable Mistake Concerning Age of Alleged Victim

29. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 3 A-1—Knowingly

30. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 3A-3—Willfully

31. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 5-3—Questions

32. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 5-5—Judicial Notice

33. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 5-23—Use of Undercover Agents and Informants Where Entrapment Not a Defense

34. L. Sand, et al, Modern Federal Jury Instructions- Criminal- Inst. 7-1-Witness Credibility-General Instruction

35. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 7-2—Bias and Hostility

36. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 7-3--Interest in Outcome

37. L. Sand, et al, Modern Federal Jury Instructions-Criminal-Defendant's Interest if Defendant Testifies

38. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 7-14—Government Informers

39. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 9-1—Punishment

40. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 9-3—Right to see and Hear Testimony; Communication with Court

41. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 9-5—Selection of a Foreperson

42. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 9-6—Sequestration during Deliberations

43. L. Sand, et al, Modern Federal Jury Instructions-Criminal- Inst. 9-7—Duty to Consult & Need for Unanimity

       Respectfully submitted,
       IMHOFF & ASSOCIATES, PC

By: /s/ Mitchell H. Nelson
    Mitchell H. Nelson (P22825)
    398 Kent Way
    White Lake, MI 48383
    (248) 461-6777

Dated: May 23, 2007