# UNITED STATES OF AMERICA
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                      Plaintiff,                          NO. CR 05-30023-MAP

v.

WALTER T. MAY

                      Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777

_____/

## DEFENDANT'S FURTHER MOTION IN LIMINE REGARDING E-MAIL AND

## CHAT TRANSCRIPT EVIDENCE

Now Comes, the Defendant, Walter May, by and through his attorney,

Mitchell H. Nelson of IMHOFF & ASSOCIATES, PC, and respectfully moves this

Honorable Court to review in advance of their admission all purported e-mails or

other electronic communications which the Government may seek to introduce at

trial and determine which if any such items meet the admissibility requirements of

the Federal Rules of Evidence and states as follows:

1. That during the course of discovery the Assistant United States
   Attorney released transcripts e-mails dated May 31, 2002 through April
   8, 2004, all of which begin with a notation of "X-Apparently-To:
   shane86lk…"

2. That both judicial economy and the need to prevent possible prejudice
   to the Defendant would require that these evidentiary matters be heard
   outside of the presence of jurors and a pretrial evidentiary
   determination would allow this trial to proceed in an orderly and
   efficient manner to the jury.

3. That said pretrial evidentiary determination be limited to the issues of
   authentication, hearsay exception, Best Evidence, Doctrine of
   Completeness, unfair prejudice, and text corruption as discussed in
   Defendants previous motion dated March 27, 2007.

4. That Defendant maintains that the corruption of these transcripts is
   apparent in the lack of contextually responsive replies shown in the e-
   mails dated June 9, 2002 @8:03 pm, June 16, 2002@5:18pm, July 11,
   2002@ 1:41pm, and September 16, 2002@ 9:01pm.

5. The Defendant further maintains that the duplicate messages from the
   police undercover agent, Shaneî in the e-mails dated June 17, 2002,
   and June 18, 2002; June 21, 2002 and July 11, 2003: July 21, 2002
   @10:37 pm, July 21, 2002@ 10:38, and July 21, 2002 @10:34pm;
   August 20, 2002 and September 29, 2002, further indicates the

corruption of these e-mails and their admissibility must be examined

deliberately before the jury trial commences on June 25, 2007.

WHEREFORE, the Defendant respectfully moves this Honorable Court to

exclude all purported e-mails, Internet evidence, or other electronic

communications that the Government may seek to introduce at trial which do not

meet the admissibility requirements of the Federal Rules of Evidence at an

Evidentiary Hearing to be held on June 12, 2007

Dated: May 24, 2007

IMHOFF & ASSOCIATES, PC.

/s/ Mitchell H. Nelson

_____
Mitchell H. Nelson
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
Attorney for Defendant

## Certificate of Service

I hereby certify that on this 24th day of May 2007 a true and

correct copy of the foregoing Motion was sent through ECF to the

below listed individual.

/s/ Mitchell H. Nelson
Mitchell H. Nelson

Todd E. Newhouse
Assistant United States Attorney