UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,        NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

## MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANTS RELEASE

Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release to allow him to go to four 1 1/2-2 hour appointments with Verena J. Smith, Lic. Ac. Dipl. Ac. , 19 Cosby Ave., Amherst, MA 01002. The first appointment is scheduled for Thursday, June 7, 2007, the second for June 14, 2007, the third for June 21, 2007, and the fourth for July 5, 2007 all at 11:45 am. The Defendant plans to leave his house at 10:30 a.m. and expects that he will be back home at 2:30 p.m.

Dated: May 30, 2007

IMHOFF & ASSOCIATES, PC.

BY:  /s/ Mitchell H. Nelson
     _____
     Mitchell H. Nelson (P22825)
     398 Kent Way
     White Lake, MI 48383
     248-461-6777

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent to Todd Newhouse, AUSA on this 30$^h$ day of May, 2007

/s/ Mitchell H. Nelson