UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    Criminal No. 05-30023-MAP |
| v. | ) |
| WALTER MAY, | ) |
|     Defendant. | ) |

GOVERNMENT'S NOTIFICATION TO
COURT REGARDING EVIDENTIARY SUPPRESSION HEARING

Now comes the United States, by its undersigned attorneys, and pursuant to the oral order entered during the May 10, 2007 status conference hereby provides the Court with notice that the government does not intend to call witnesses at an evidentiary motion to suppress hearing because it will not offer in evidence during its case-in-chief any other crimes evidence pursuant to F.R. Evid. 404(b).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       June 1, 2007

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby

1

certify that I have served, by ECF notification, a copy of the foregoing, to all counsel of record.

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney