

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*        *Federal Building & Courthouse*
*Fax: (413) 785-0394*                   *Main Street, Room 310*
                                        *Springfield, Massachusetts 01103*

June 4, 2007

Mitchell H. Nelson, Esq.
398 Kent Way
White Lake, MI 48383

    Re:   <u>United States v. May</u>
           Criminal No. 05-30023-MAP

Dear Attorney Nelson:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B), Fed. R. Crim. P. 16(a)(1), and 18 U.S.C. § 3500 I am providing you with the enclosed document.  Enclosed is a picture of the undercover agent which he sent to the defendant on December 5, 2002; the grand testimony of SA Jeffrey Lawrence; the e-mails between the defendant and undercover officer, and ICE reports.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                        By:  /s/ Todd E. Newhouse
                             _____
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge