## UNITED STATES OF AMERICA
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

        Plaintiff,                   NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

### MOTION TO MODIFY TERMS AND CONDITIONS OF DEFENDANTS RELEASE TO ALLOW HIS ATTENDANCE AT MOTION HEARING

     Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court modify his terms of release to allow him to attend the scheduled Motion Hearing on Tuesday, June 12, 2007 at 2:00 pm. The Defendant plans to leave his house at 1:00 p.m. and arrive back at his home sixty (60) minutes after the hearing ends.

Dated: June 7, 2007

                                              IMHOFF & ASSOCIATES, PC.

                                              BY:   /s/ Mitchell H. Nelson

_____
Mitchell H. Nelson (P22825)
398 Kent Way
White Lake, MI 48383
248-461-6777

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent to Todd Newhouse, AUSA on this 7th day of June, 2007

        /s/ Mitchell H. Nelson