**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

        Plaintiff,                  NO. CR 05-30023-MAP

v.

WALTER T. MAY

        Defendant.

_____/

Mitchell H. Nelson (P22825)
IMHOFF & ASSOCIATES, PC
398 Kent Way
White Lake, MI 48383
(248) 461-6777
_____/

**MOTION TO MODIFY TERMS AND CONDITIONS OF**
**DEFENDANTS RELEASE**

      Now comes the Defendant, Walter May, in the above-entitled matter and respectfully requests that this Honorable Court allow him to modify his terms of release to allow him to go to his tone hour and thirty-minute appointment with Michael R. Sorrell, MD, 300 Carew Street, Suite 2 Ave., Springfield, MA 01004. The appointment is scheduled for Monday, June 11, 2007, at 10:10 am. The Defendant plans to leave his house at 9:30 a.m. and expects that he will be back home at 12:30 p.m.

Dated: June 7, 2007

                                            IMHOFF & ASSOCIATES, PC.

BY:   /s/ Mitchell H. Nelson
      _____
      Mitchell H. Nelson (P22825)
      398 Kent Way
      White Lake, MI 48383
      248-461-6777

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent to Todd Newhouse, AUSA on this 7th [h] day of June, 2007

/s/ Mitchell H. Nelson

## Springfield Neurology Associates, LLC

300 Carew Street, Suite 2
Springfield, MA 01104
Tel: (413) 781-5050   Fax: (413) 781-2510

Michael R. Sorrell, M.D., F.A.A.N.
Emilio M. Melchionna, M.D.
Michael L. Rossen, M.D., Ph.D.
George S. Patrick, M.D.
William Flanagan, Psy. D.
Amy Neal, P.A.-C
Heather Wightman, P.A.-C

Electromyography
Nerve Conduction Studies
Electro-encephalography
Evoked Response Testing
Myofascial Pain Program
Transcranial Doppler Studies

May 21, 2007

Honorable Michael A. Ponsor
United States District Court
1550 Main Street
Springfield, MA 01103

RE: Walter May

Dear Judge Ponsor:

I am aware that Mr. May has criminal charges against him. He may be out of the house for a few hours at a time to receive acupuncture treatments.

Sincerely yours,

Michael R. Sorrell, M.D.
MRS:kml 05/28/07