UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30023-MAP |
| ) | |
| WALTER T. MAY ) | |

### DISMISSAL OF THE INDICTMENT

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Michael K. Loucks, hereby dismisses Counts One, Two and Three of the above captioned Indictment. In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

_____
MICHAEL K. LOUCKS
Acting United States Attorney

By:

_____
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

/s/ Todd E. Newhouse
Todd E. Newhouse
Assistant U.S. Attorney

Leave to File Granted:

_____
Michael A. Ponsor, Judge
United States District Court   6·19·07

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                June 18, 2007

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via ECF to all counsel of record.

                                      /s/ Todd E. Newhouse  
                                      TODD E. NEWHOUSE  
                                      Assistant U.S. Attorney