UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

V.               CRIMINAL ACTION NO. 05-30023-MAP

WALTER MAY,
Defendant.

## MOTION TO RELEASE HOUSE BOND

Now Comes, the Defendant, Walter May, by and through his attorney, Mitchell H. Nelson, and respectfully moves this Honorable Court to release the Bond on Mr. May's property located at 94 Whitmun Road, Longmeadow, MA 01106.

Dated: June 28, 2007

Respectfully submitted,

by  /s/ Mitchell H. Nelson
Mitchell H. Nelson
IMHOFF & ASSOCIATES, PC.
Attorney for Defendant
398 Kent Way
White lake, MI 48383
TX: 248.461.6777; FAX: 248.461.6778

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007 the attached pleading was filed by means of the ECF system and thereby delivered to Todd Newhouse, Assistant U.S. Attorney.

by /s/ Mitchell H. Nelson
Mitchell Nelson