## DISCHARGE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that the Clerk of the United States District Court, District of Massachusetts, holder of a Mortgage from Walter T. May, Jr., for property located at 94 Whitmun Road, Longmeadow, Massachusetts to the Clerk of the United States District Court: District of Massachusetts dated August 14, 2006 and recorded with the Hampden County Registry of Deeds Book 16117, Page 408 acknowledge satisfaction of the same

WITNESS our hands and seals this __2nd__ Day of __JULY. 2007__

_____        _____
Witness                                              Deputy Clerk

### COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.                                                _____

On this 2nd day of July, 2007 before me, __Alice Moran__, the undersigned notary public. personally appeared __Elizabeth French__ _____ _____, proved to me through satisfactory evidence of identity, which were personally known to me to be the person(s) whose names are signed on this document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

_____
ALICE MORAN
Notary Public

My commission expires. __Apr 13, 2013__

