

# IMHOFF & ASSOCIATES, PC
## CRIMINAL DEFENSE ATTORNEYS

28175 Haggerty Road
Novi, Michigan 48377
Tel: (800) 887-0000
www.criminalattorney.com

FILED
CLERK'S OFFICE

2007 JUL 19  A 11: 02

U.S. DISTRICT COURT
DIST. OF MA

Todd E. Newhouse
Assistant United States Attorney
Federal Building And Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

RE: United States vs May, CRIMINAL ACTION NO. 05-30023-MAP

July 13, 2007

Dear Assistant United States Attorney Todd E. Newhouse:

The Defendant respectfully requests the return of all property seized by the government regarding Criminal Action No. 05-30023-MAP.

Please contact me to effectuate the appropriate arrangements.

Thank You

Sincerely

Mitchell H. Neison
IMHOFF & ASSOCIATES, PC.
Attorney for Defendant
398 Kent Way
White lake, MI 48383
TX: 248.461.6777; FAX: 248.461.6778

c.c.    Bethany Healy,
Courtroom Clerk
Hon. Kenneth Neiman
United States Magistrate Judge

980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Telephone: (800) 887-0000

1500 Market Street, East Tower, 12th Floor
Philadelphia, Pennsylvania 19102
Telephone: (800) 887-0000

1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (800) 887-0000

28175 Haggerty Road
Novi, MI 48377
Telephone: (800) 887-0000